NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SP PLUS CORPORATION,**
*Plaintiff-Appellee*

**v.**

**IPT, LLC, DBA PAYLOCK,**
*Defendant-Appellant*

---

2017-1539

---

Appeal from the United States District Court for the Eastern District of Louisiana in No. 2:16-cv-02474-MLCF-JCW, Judge Martin L.C. Feldman.

---

**O R D E R**

---

Before PROST, *Chief Judge,* NEWMAN and STOLL, *Circuit Judges.*

PER CURIAM.

IT IS ORDERED THAT:

In light of the affirmance in Appeal No. 2017-2151, this case is dismissed as moot.

FOR THE COURT

December 19, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court